[No. 37055-3-I.    Division One.    April 28, 1997.]

STACEY BROTHERS, *Appellant*, v. PUBLIC SCHOOL
EMPLOYEES OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-27745-8, Carol A. Schapira, J., entered
July 7, 1995. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Kennedy, A.C.J., and Web-
ster, J. Now published at 88 Wn. App. 398.


[No. 37279-3-I.    Division One.    April 28, 1997.]

FARRINGTON CORPORATION, *Appellant*, v.
COMMONWEALTH LAND TITLE INSURANCE COMPANY OF
PHILADELPHIA, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-04145-2, Charles W. Mertel, J., entered
October 19, 1995. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Baker, C.J., and Agid, J.
Now published at 86 Wn. App. 399.


[No. 37293-9-I.    Division One.    April 28, 1997.]

*In the Matter of the Personal Restraint of* SAMUEL
CHRISTOPHER GARRETT, *Petitioner*.

Petition for relief from personal restraint. *Granted in
part* by unpublished opinion per Kennedy, A.C.J., con-
curred in by Grosse and Agid, JJ.


[No. 37395-1-I.    Division One.    April 28, 1997.]

BAUGH ENTERPRISES, INC., *Appellant*, v. MARIO S.
PRETI, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-30947-1, James D. McCutcheon, Jr., J.,
entered August 28, 1995. *Affirmed* by unpublished opinion
per Coleman, J., concurred in by Kennedy, A.C.J., and
Webster, J.